# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Dmitri Vallerveich Tatrrinov

vs

Superior Court of the State of California, County of San Diego

FILED
2007 OCT 19 PM 2:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No. 07 CV 2033 L NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Patricia Lynn Jacks
5790 Friars Road F8
San Diego CA 92110

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 9 2007 |
|---|---|
| CLERK | DATE |

By L. Inferno, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)