UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI VALERYEVICH TATARINOV,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO<br><br>　　　　　　Respondent. | Civil No. 07cv2033-L(NLS)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On October 19, 2007 Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Having reviewed the record and good cause appearing, **IT IS HEREBY ORDERED** Respondent shall file and serve a responsive memorandum not later than **November 30, 2007**. The response shall include any and all documents relevant to the determination of the issues raised by the Petition.

**IT IS FURTHER ORDERED** that if the Petitioner wishes to reply to the Respondent's responsive memorandum, a reply must be filed not later than **December 17, 2007**.

/ / / / /

/ / / / /

/ / / / /

07cv2033

Upon filing the foregoing, the parties shall await further order of this court.

**IT IS SO ORDERED.**

DATED: November 2, 2007

_/s/ M. James Lorenz_
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL