1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | KEVIN VIENNA, State Bar No. 186751
Supervising Deputy Attorney General
5 | 110 West A Street, Suite 1100
San Diego, CA 92101
6 | P.O. Box 85266
San Diego, CA 92186-5266
7 | Telephone: (619) 645-2198
Fax: (619) 645-2191
8 | Email: Kevin.Vienna@doj.ca.gov

9 | Attorneys for Respondent

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | DIMITRI VALLERVEICH TATARINOV,          07cv2033-L (NLS)

15 |                              Petitioner,   **MOTION FOR ENLARGEMENT
                                             OF TIME TO FILE REPLY TO**
16 |         v.                                **PETITION FOR WRIT OF
                                             HABEAS CORPUS**
17 | SUPERIOR COURT OF THE STATE OF
CALIFORNIA, COUNTY OF SAN DIEGO,
18
                             Respondent.
19

20

21 |         Kevin R. Vienna declares:

22 |         I am the supervising deputy attorney general assigned to head our federal habeas corpus

23 | team.  I am requesting an extension of time in which to file our response in this matter for the

24 | reasons set forth more fully below.  In summary, the deputy to whom this matter should be assigned

25 | (and to whom is now assigned the responsibility for preparing a response to Petitioner Tatarinov's

26 | related petition now pending in this court, case number 07cv2034-JAH (POR) is out of the office

27 | and unavailable to begin work on this matter until after November 26, 2007.  As will be shown, both

28 | matters are substantially the same and efficiencies will be achieved by assigning them to the same

07cv2033

1    deputy, who has worked on the case in the past, Ms. Lane-Erwin.

2         Moreover, upon my initial examination of the Petition, it appears to suffer from serious

3    procedural defects, which may well deprive this Court of jurisdiction.

4         Accordingly, I request this extension of time of one month to December 31, 2006, in which

5    to file our response.

6    **A.    Background**

7         This matter was brought to my attention on November 7, 2007, when this office processed

8    this Court's Order Setting Briefing Schedule for assignment to a deputy attorney general who would

9    be responsible for preparing a response. It became apparent that Petitioner Tatarinov had filed two

10   separate petitions in this Court on October 19, 2007. This matter was assigned case number

11   07cv2033-L (NLS) (hereinafter case 2033), the other matter was assigned case number 07cv2034

12   JAH (POR) (hereinafter case 2034). Case 2034 had been processed in this office a few days earlier,

13   and it was assigned to Deputy Attorney General Sabrina Y. Lane-Erwin for preparation of a

14   response. The matter was assigned to her because she had earlier handled a direct appeal involving

15   Petitioner and had some familiarity with his circumstances. She filed a motion for an extension of

16   time in which to file our response in case 2034, because we did not yet have access to underlying

17   state records and because of a pre-paid vacation. (*See* Ex. A (motion).)

18        The next day, I became aware of the second case, now before this Court, case number

19   2033. I reviewed the files of case numbers 2033 and 2034. It appears that we ordered the relevant

20   state records on November 2, 2007, to begin work on case number 2034.

21        In case number 2034, Tatarinov challenges a 1996 conviction in San Diego Superior Court

22   for the crime of robbery. The essence of that claim is that he received ineffective assistance of

23   counsel, who failed to file a timely brief on appeal, resulting in dismissal. Tatarinov filed a habeas

24   corpus petition in this Court, challenging that underlying judgment, in 2002, in case number

25   02cv2029-W (BEN). Ultimately, that petition was dismissed as untimely, and a subsequent appeal

26   was denied by the United States Court of Appeal for the Ninth Circuit, case number 03-56342.

27        For the Petition now pending before this Court, number 2033, Tatarinov challenges a 1998

28   conviction in San Diego Superior Court for petty theft with a prior theft related offense. Tatarinov

07cv2033

1  pled guilty to the crime and was sentenced to thirty-four days of custody and five years of felony

2  probation. There is nothing in the Petition or in the records to which I now have access to suggest

3  that Tatarinov ever appealed this judgment or sought any relief in the state courts until 2006. (*See*

4  Pet. at 5.) In this Petition, Tatarinov claims ineffective assistance of counsel – the same counsel who

5  failed to file the appeal in the robbery case. The essence of the new claim seems to be that counsel's

6  failure to complete the appeal in the robbery case created a conflict that prevented effective

7  representation in the later petty theft case. (Pet. at 6.)

8         Case number 2034 differs from case number 2033 in one important way; since there

9  already has been a federal habeas corpus addressing the same state judgment, that petition appears

10  to be an improperly filed second or successive petition.

11         Otherwise, case numbers 2033 and 2034 seem to share some similar issues, including:

12  1.    Both petitions name as the Respondent the Superior Court of the State of California,

13         County of San Diego. But, as the Petition indicates, Tatarinov has "completed the

14         California state sentencing imposed upon him . . . ." (Pet. at 2.) I interpret this to be a

15         concession that Tatarinov is no longer in physical custody, on parole, or on probation.

16         This raises two issues: (1) Tatarinov appears to have named an incorrect respondent, *see*

17         *Smith v. State of Idaho*, 392 F.3d 350, 354 (9th Cir. 2004) (A petition is subject to

18         dismissal for failure to name an appropriate respondent); *Stanley v. California Supreme*

19         *Court*, 21 F.3d 359, 360 (9th Cir. 1994) (the proper respondent is the state officer currently

20         having custody); and (2) Tatarinov appears no longer to be in the custody of any state

21         official, a jurisdictional prerequisite for habeas corpus relief, *Maleng v. Cook*, 490 U.S.

22         488, 490-91, 109 S. Ct. 1923, 104 L. Ed. 2d 540 (1989); *see DeLong v. Hennessey*, 912

23         F.2d 1144, 1146 (9th Cir. 1990) (A petitioner who has fully served his sentence and who

24         is not subject to court supervision is not in custody within the meaning of section 2254);

25  2.    Both petitions appear to be untimely – that is, not filed within the one-year statute of

26         limitations;

27  3.    Both petitions, in their captions, suggest that the petition is filed under the jurisdictional

28         authority of 28 U.S.C. § 2241, but the proper jurisdictional basis is 28 U.S.C. § 2254.

1     *White v. Lambert*, 370 F.3d 1002, 1004 (9th Cir 2004) (§ 2254 is the proper jurisdictional

2          basis for a state prisoner who claims to be unlawfully in state custody pursuant to a state

3          judgment).

4          Because of these related issues, I believe these two matters are best handled by the same

5     deputy attorney general. Ms. Lane-Erwin represented the State in Tatarinov's 2006 appeal of a state

6     court's denial of his late attempt to obtain a new trial in the robbery case, so she possesses the most

7     familiarity with Tatarinov and the issues he raises. Moreover, current workloads in the office would

8     prevent any deputy from commencing work on this new project in less time than that, unless they

9     were to place this matter ahead of matters for which this Court and other courts have previously

10    issued orders to respond.

11         As Ms. Lane-Erwin stated in her declaration requesting an extension of time in case 2034,

12    we are seeking necessary state-court records to permit filing a proper response. Accordingly, I am

13    asking the Court to grant an extension of time of one month within which to prepare our response.

14         Granting of an enlargement of time will permit the response to be prepared without

15    impairing quality and will afford adequate time to obtain and copy necessary records, for review and

16    processing in this office, and for filing in this Court. All extension requests and progress are

17    monitored by the senior assistant attorney general in charge of this office.

18    ///

19    ///

20    ///

21

22

23

24

25

26

27

28

07cv2033

1     I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3          Dated:  November 8, 2007

4                                      Respectfully submitted,

5                                      EDMUND G. BROWN JR.
                                       Attorney General of the State of California

6                                      DANE R. GILLETTE
                                       Chief Assistant Attorney General

7
                                       GARY W. SCHONS
8                                      Senior Assistant Attorney General

9

10                                      s/Kevin Vienna
                                       KEVIN VIENNA
11                                      Supervising Deputy Attorney General
                                       Attorneys for Respondent
12

13

14  80178480.wpd
    SD2007701085

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv2033

5

EXHIBIT  A

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  BARRY CARLTON
   Supervising Deputy Attorney General
5  SABRINA Y. LANE-ERWIN, State Bar No. 167819
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2565
    Fax: (619) 645-2271
9   Email: Sabrina.LaneErwin@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | **DMITRI VALLERVEICH TATARINOV,**                | 07cv2034 JAH (POR)

15 |                                    Petitioner,   | **MOTION FOR**
                                                        **ENLARGEMENT OF TIME**
16 |      v.                                          | **TO FILE RESPONDENT'S**
                                                        **RETURN**
17 | **SUPERIOR COURT OF THE STATE OF**
     **CALIFORNIA, COUNTY OF SAN DIEGO,**
18 |
   |                                  Respondents.
19

20

21         Respondent respectfully requests a 30-day enlargement of time to file Respondent's return

22 in the above-entitled matter.  The return is due on November 26, 2007.  This is Respondent's first

23 request for an enlargement of time in this matter.  It is based upon the following declaration:

24         I, SABRINA Y. LANE-ERWIN, declare under penalty of perjury under the laws of the

25 Unites States of America that the following is true and correct:

26         1. I am the Deputy Attorney General assigned to handle all pleadings in the above-entitled

27 matter.

28         2. Petitioner is not currently imprisoned or on parole or probation.

07cv2034

1

FX A- 1

1     3. My office has ordered the state court files and records that are necessary to prepare a

2 response in this matter. I have not yet received them. I am leaving tomorrow for a pre-paid, out of

3 state vacation and will return on November 26, 2007. I have taken one vacation day in the past

4 seven months and do not have another vacation planned for the following six months. Thus, I am

5 requesting a 30-day enlargement of time.

6

7     Dated: November 6, 2007

8                         Respectfully submitted,

9                         EDMUND G. BROWN JR.
                        Attorney General of the State of California

10                        DANE R. GILLETTE
                        Chief Assistant Attorney General

11                        GARY W. SCHONS
                        Senior Assistant Attorney General

12

13                        BARRY CARLTON
                        Supervising Deputy Attorney General

14

15
                        s\ Sabrina Y. Lane-Erwin
16                        SABRINA Y. LANE-ERWIN
                        Deputy Attorney General

17                        Attorneys for Respondent

18   80177609.wpd
     SD2007802839
19

20

21

22

23

24

25

26

27

28

07cv2034

Ex.A - 2

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: <u>**Tatarinov v. Superior Court of San Diego**</u>       No.: **07cv2034 JAH (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 6, 2007,</u> I served the attached **motion for enlargement of time to file respondent's return and order granting enlargement of time to file respondent's return** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**Patricia Lynn Jacks**
**5790 Friars Rd.  F8**
**San Diego  CA  92110**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 6, 2007, at San Diego, California.

Kimberly Wickenhagen
_____          _____
         Declarant                              Signature

EX A- 3

**CERTIFICATE OF SERVICE**

Case Name:    **Tatarinov v. Superior Court**

No.:    **07cv2033-L (NLS)**

I declare:

On <u>November 8, 2007</u>, I electronically filed the following document(s):

**MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PETITION FOR WRIT OF HABEAS CORPUS**

**Electronic Mail Notice List**

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:


Patricia Lynn Jacks
**E-mail Address:** pjacks@san.rr.com
Attorney for Dimitro Tatarinov


**Manual Notice List**

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 8, 2007</u>, at San Diego, California.


| Bonnie Peak | *Bonnie Peak* |
| --- | --- |
| Declarant | Signature |

SD2007701085
80178499.wpd