| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| PATRICIA LYNN JACKS, ATTORNEY<br>5790 Friars Rd Ste F8<br>San Diego, CA 92110<br>E-MAIL | (619) 296-2123<br>FAX | |
| ATTORNEY FOR (Name): | | |

US District Court - Southern District of California
STREET ADDRESS: 880 Front St
MAILING ADDRESS: Ste 4290
CITY AND ZIP CODE: San Diego, CA 92101--890
BRANCH NAME: Southern District of California

PLAINTIFF: DMITRI VALLERVEICH TATARINOV
DEFENDANT: DEPARTMENT OF JUSTICE, OFFICE OF ATTORNE

PROOF OF SERVICE

FILE NUMBER: 2007153415
COURT CASE NUMBER: 07CV2033LNLS

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):
   **Summons in a Civil Action, Petition for Writ of Habeas Corpus,**

3. a. Party served: **Department of Justice, Office of Attorney General by leaving with Rosalee Geslani, Recpt (Auth)**
   b. Person served: **party in item 3a**

4. Address where party was served: **110 W A St Ste 1100**
   **San Diego, CA 92101-3702**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 10/29/2007 (2)at: 10:30 AM.

6. The "Notice to the Person Served" was completed as follows:
   d. on behalf of: Department of Justice, Office of Attorney General
   under the following Code of Civil Procedure section: CCP 416.50 (public entity)

7. Person who served papers:
   a. Name: **M Diaz 4902**
   b. Address: **San Diego County Sheriff Sheriff's Civil Office PO Box 85306 San Diego, CA 92186-5306**
   c. Telephone number: **(619) 544-6401**
   d. The fee for service was: **$30.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: November 5, 2007

Sheriff's Authorized Agent — SCOTT D. HILL
William B. Kolender, Sheriff

Hearing: **<No Information>**