IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIMITRI VALLERVEICH TATARINOV,**<br><br>                                    Petitioner,<br><br>v.<br><br>**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO,**<br><br>                                    Respondent. | 07cv2033-L (NLS)<br><br>**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE MEMORANDUM TO PETITION AND AMENDING BRIEFING SCHEDULE** |

   For good cause having been shown, Respondent's Motion for Enlargement of Time to File Reply *[sic]* to Petition for Writ of Habeas Corpus is **GRANTED**. The Order Setting Briefing Schedule, filed November 2, 2007, is hereby amended as follows:

   1. Respondent is granted an extension of time through December 31, 2007 in which to file a responsive memorandum to Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 pending in this case. The response shall include any and all documents relevant to the determination of the issues raised by the Petition.

   2. If Petitioner wishes to reply to Respondent's responsive memorandum, a reply must be filed no later than January 22, 2008.

/ / / / /

07cv2033

1

1 | Upon filing the foregoing, the parties shall await further order of this court.

2 | **IT IS SO ORDERED.**

4 | DATED: November 9, 2007

_____
M. James Lorenz
United States District Court Judge

6 | COPY TO:

HON. NITA L. STORMES
8 | UNITED STATES MAGISTRATE JUDGE

9 | ALL PARTIES/COUNSEL

07cv2033

2