07CV2033-L(NLS)

**Tatavinov**

**-v-**

**Superior Court**

**STRICKEN PER ORDER [10]**

**8**