Patricia Lynn Jacks
Attorney at Law
Cal. Bar #226300
5790 Friars Road, F8
San Diego, California 92110
(619) 574-1625

Attorney for the Petitioner

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dmitri Vallerveich TATARINOV, | Civil No. 07cv2033-N(NLS) |
| Petitioner, | |
| | USICE No.    A72 779 308 |
| vs. | |
| Superior Court of the State of California, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT PETITIONER'S MOTION TO AMEND WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241** |
| County of San Diego | |
| Respondent. | |

Pursuant to this Court's authority under Federal Rules of Civil Procedure 19 and 21, Petitioner request leave from this Court to add (1) Office of the Chief Counsel Department of Homeland Security; (2) U.S. Attorney, Southern District; and (3) Immigration and Customs Enforcement  Detention and Removal Center San Diego as a Respondents in this case.  The addition of these Respondents will grant the court jurisdiction over the party who holds Petitioner in custody and therefore will be subject to an injunctive order.

Under Federal Rule of Civil Procedure 19, "[a] person . . . shall be joined as a party in the action if . . . in the person's absence complete relief cannot be accorded among those already parties." Fed. R. Civ. P. 19(a). "If the person has not been so joined, the court shall order that the person be made a party." Id. (emphasis added). Under Federal Rule of Civil Procedure 21, "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just." Fed. R. Civ. P. 21. It is well-established that this Court has the authority to add or dismiss parties under Rules 19 and 21. See

*Mullaney v. Anderson*, 342 U.S. 415, 416-17 (1952) (applying Rule 21 on appeal to add parties); *Balgowan v. New Jersey*, 115 F.3d 214, 216-17 (3rd Cir. 1997) (applying Rule 21 on appeal to add parties after Third Circuit had issued its opinion) (citing *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 832-35 (1989)); *Turtur v. Rothschild Registry Int'l*, 26 F.3d 304, 308-9 (2nd Cir. 1994) (applying Rules 19 and 21 on appeal).

CONCLUSION

For the reasons stated, this Court should grant Petitioner's motion to add (1) Office of the Chief Counsel Department of Homeland Security; (2) U.S. Attorney, Southern District; and (3) Immigration and Customs Enforcement Detention and Removal Center San Diego as a Respondents in this case.

Respectfully submitted,

Dated this November 14, 2007                    s\Patricia Lynn Jacks

                                                PATRICIA LYNN JACKS
                                                Attorney for Petitioner