UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI VALERYEVICH TATARINOV, <br><br> Petitioner, <br><br> v. <br><br> SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO <br><br> Respondent. | Civil No. 07cv2033-L(NLS) <br><br> **ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR LEAVE TO AMEND** |

Petitioner Dimitri Valeryevich Tatarinov filed a Motion to Amend Writ of Habeas Corpus Under 28 U.S.C. § 2241.[1] "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . .." Fed. R. Civ. P. 15(a). As Respondent has

/ / / / /

/ / / / /

---

[1] The court notes again that Petitioner has filed a motion and failed to comply with Civil Local Rule 7.1 because she did not obtain a hearing date from chambers and did not file a notice of motion. Although the court is not denying Petitioner's motion on this ground, Petitioner is admonished that any further pleadings which fail to comply with Civil Local Rules or Electronic Case Filing Administrative Policies and Procedures may be stricken and may lead to penalties pursuant to Civil Local Rule 83.1.

not yet filed a response, Petitioner need not seek leave of court to amend. Petitioner's motion for leave to amend is **DENIED WITHOUT PREJUDICE** as moot.

    **IT IS SO ORDERED.**

DATED: November 15, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL