# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Dmitri Vallerveich TATARINOV,

    Petitioner,

vs.

Superior Court of the State of California, County of San Diego; Office of the Chief Counsel, Dept. of Homeland Security; U.S. Attorney, Southern District; ICE Detention & Removal Unit

    Respondents.

FILED
07 NOV 16 AM 9:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION — *First Amended Petition*

Case No. 07 CV 2033 PDC NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Patricia Lynn Jacks, Attorney
    5790 Friars Road F8
    San Diego, CA 92110

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | NOV 16 2007 |
|---|---|
| CLERK | DATE |
| P. DELA CRUZ (SEAL) | |
| By , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)