

**Tatarinov**  07cv2033-L-NLS

**-v-**

**Superior Court of California**

## STRICKEN DOCUMENT

**19-Motion for Stay of Removal During Pendency of Application for Writ of Habeas Corpus**

**19**