```
 1   KAREN P. HEWITT
     United States Attorney
 2   SAMUEL W. BETTWY
     Assistant U.S. Attorney
 3   California State Bar No. 94918
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-7119
     Facsimile:  (619) 557-5004
 6   Email: samuel.bettwy@usdoj.gov

 7   Attorneys for Federal Respondents
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRI VALLERVEICH TATARINOV, | Case No. 07cv2033-L (NLS) |
| Petitioner, | NOTICE OF "APPEARANCE" |
| vs. | |
| | CTRM: 14 |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY; U.S. ATTORNEY, SOUTHERN DISTRICT; ICE DETENTION & REMOVAL UNIT, | JUDGE: M. James Lorenz |
| Respondents. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, am lead counsel for the federal Respondents, namely the Office of the Chief Counsel, Dept. of Homeland Security, the U.S. Attorney, Southern District, and the ICE Detention & Removal Unit in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

**Samuel W. Bettwy**   Tel: 619-557-7119   Email: samuel.bettwy@usdoj.gov

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

**None**

This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection. Specifically, the federal Respondents affirmatively allege that they have not been served with a summons and petition in this case and that, therefore, the Court lacks personal jurisdiction over them.

Please feel free to contact me should you have any questions regarding this notice.

DATED:   November 26, 2007              Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ *Samuel W. Bettwy*
_____
SAMUEL W. BETTWY
Assistant United States Attorney

Attorneys for Federal Respondents
Email: samuel.bettwy@usdoj.gov