UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DMITRI VALLERVEICH TATARINOV, [A72 779 308] | ) ) | Case No. 07cv2033-L (NLS) |
| Petitioner, | ) ) | |
| v. | ) ) ) | CERTIFICATE OF SERVICE BY ELECTRONIC COURT FILING ("ECF") |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO, et al., | ) ) ) ) | |
| Respondents. | ) ) | |
| STATE OF CALIFORNIA | ) | |
| COUNTY OF SAN DIEGO | ) ss. ) | |

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **November 26, 2007,** I am causing service of the following (accompanying) document

**NOTICE OF "APPEARANCE"**

on Petitioner, through his attorney of record, **PATRICIA LYNN JACKS**, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System result in electronic notification to said attorney of said filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **Twenty-Sixth Day of November 2007.**

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY