```
                       EXPRESS PROCESS SERVICE
                    110 WEST "C" STREET, SUITE 713
                         SAN DIEGO, CA 92101
                   (619) 232-4800  Fax: (619) 232-6339


---------------------------------------------------------------------------
0701743   <-- Refer to this Number for Inquiry or Payment    DATE: 11/29/07
---------------------------------------------------------------------------

   PATRICIA LYNN JACKS                    TELEPHONE:  (619) 299-4649
   5790 FRIARS ROAD, F8                   ATTENTION:  PATRICIA
   SAN DIEGO, CA 92110                    YOUR FILE #:  TATARINOV


---------------------------------------------------------------------------
                            CASE INFORMATION
---------------------------------------------------------------------------
      SERVICE ON:  DEPT. OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL
     CASE NUMBER:  07CV2033 LNLS
      CASE TITLE:  TATARINOV v SUPERIOR COURT OF THE STATE
       DOCUMENTS:  SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION
---------------------------------------------------------------------------
                          SERVICE INFORMATION
---------------------------------------------------------------------------
DATE & TIME OF SERVICE:  Wednesday, NOVEMBER 28, 2007 at 10:35 AM
   DOCUMENTS SERVED AT:  110 WEST A STREET, STE.1100
                         SAN DIEGO, CA 92101
      MANNER OF SERVICE:  PERSONAL SERVICE
                SERVER:  AL GOTTLIEB
   DOCUMENTS LEFT WITH:  ROSAHLEE GESLANI, INTAKE CLERK-AUTH. TO ACCEPT




---------------------------------------------------------------------------
                                                              CHARGES
---------------------------------------------------------------------------
                                            PROCESS/ATTEMPTS      25.00
                                                       TOTAL      25.00
                                                     CREDITS      25.00
                                             BALANCE DUE -->       0.00




               THANK YOU FOR USING EXPRESS PROCESS SERVICE

In accepting the attached proof of service you agree to the following terms: Payment is
due upon receipt. Accounts 30 days or more past due are subject to a service charge of
1.5% per month or $5.00 min. charge, whichever is greater.
```

```
------------------------------------------------------------   FOR COURT USE ONLY -----
Attorney or Party Without Attorney:                         |                            |
PATRICIA LYNN JACKS                                         |                            |
5790 FRIARS ROAD, F8         BAR#: 226300                   |                            |
SAN DIEGO, CA 92110                                         |                            |
Telephone:  (619) 299-4649                                  |                            |
                                                            |                            |
On behalf of:  PLAINTIFF          Ref: TATARINOV            |                            |
------------------------------------------------------------|                            |
Court:   USDC SOUTHERN DISTRICT OF CALIFORNIA               |                            |
------------------------------------------------------------|                            |
Case Title:  TATARINOV v.                                   |                            |
             SUPERIOR COURT OF THE STATE                    |                            |
------------------------------------------------------------------------------------------
PROOF OF SERVICE                                        Case No.: 07CV2033 LNLS
------------------------------------------------------------------------------------------
```

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION

2. a. Party Served:   DEPT. OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL
   b. Person Served:  ROSAHLEE GESLANI, INTAKE CLERK-AUTH. TO ACCEPT
   c. Address:        110 WEST A STREET, STE.1100
                      SAN DIEGO, CA 92101

3. I served the party named in item 2a
   a. By personally delivering the copies:
      (1) on: NOVEMBER 28, 2007   (2) at: 10:35 AM

5. Person Serving:                                [Recoverable Costs per 1033.5(a)(4)
      AL GOTTLIEB                                 a. Fee for Service:     25.00
      C/O EXPRESS PROCESS SERVICE                 d. Registered California Process Server
      110 WEST "C" STREET, SUITE 713                 (1) Owner.
      SAN DIEGO, CA 92101                            (2) Registration No.: 1355
      (619) 232-4800                                 (3) County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: NOVEMBER 29, 2007            Signature: _____ Al Gottlieb _____
                                                 AL GOTTLIEB

Jud. Coun. form, rule 2.150                                            0701743