```
                        EXPRESS PROCESS SERVICE
                    110 WEST "C" STREET, SUITE 713
                          SAN DIEGO, CA 92101
                   (619) 232-4800  Fax: (619) 232-6339


------------------------------------------------------------------------------
 0701744  <-- Refer to this Number for Inquiry or Payment      DATE:  11/29/07
------------------------------------------------------------------------------

   PATRICIA LYNN JACKS                          TELEPHONE:   (619) 299-4649
   5790 FRIARS ROAD, F8                         ATTENTION:   PATRICIA
   SAN DIEGO, CA 92110                          YOUR FILE #: TATARINOV


------------------------------------------------------------------------------
                              CASE INFORMATION
------------------------------------------------------------------------------
      SERVICE ON:  DEPT. OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL
     CASE NUMBER:  07CV2034 JAH POR
      CASE TITLE:  TATARINOV v SUPERIOR COURT OF THE STATE
       DOCUMENTS:  SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION
------------------------------------------------------------------------------
                             SERVICE INFORMATION
------------------------------------------------------------------------------
DATE & TIME OF SERVICE:  Wednesday, NOVEMBER 28, 2007 at 10:35 AM
   DOCUMENTS SERVED AT:  110 WEST A STREET, STE.1100
                         SAN DIEGO, CA 92101
     MANNER OF SERVICE:  PERSONAL SERVICE
                SERVER:  AL GOTTLIEB
   DOCUMENTS LEFT WITH:  ROSAHLEE GESLANI, INTAKE CLERK-AUTH. TO ACCEPT




------------------------------------------------------------------------------
                                                                       CHARGES
------------------------------------------------------------------------------
                                              PROCESS/ATTEMPTS        25.00
                                                         TOTAL        25.00
                                                       CREDITS        25.00
                                              BALANCE DUE -->          0.00




                 THANK YOU FOR USING EXPRESS PROCESS SERVICE
```

In accepting the attached proof of service you agree to the following terms: Payment is due upon receipt. Accounts 30 days or more past due are subject to a service charge of 1.5% per month or $5.00 min. charge, whichever is greater.

```
------------------------------------------------------------------ FOR COURT USE ONLY -----
Attorney or Party Without Attorney:                             |                          |
PATRICIA LYNN JACKS                                             |                          |
5790 FRIARS ROAD, F8           BAR#: 226300                     |                          |
SAN DIEGO, CA 92110                                             |                          |
Telephone:  (619) 299-4649                                      |                          |
                                                                |                          |
On behalf of:  PLAINTIFF          Ref: TATARINOV                |                          |
----------------------------------------------------------------|                          |
Court:  USDC SOUTHERN DISTRICT OF CALIFORNIA                    |                          |
----------------------------------------------------------------|                          |
Case Title:  TATARINOV v.                                       |                          |
             SUPERIOR COURT OF THE STATE                        |                          |
---------------------------------------------------------------------------------------------
PROOF OF SERVICE                                     Case No.: 07CV2034 JAH POR
---------------------------------------------------------------------------------------------
```

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION

2. a. Party Served:   DEPT. OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL
   b. Person Served:  ROSAHLEE GESLANI, INTAKE CLERK-AUTH. TO ACCEPT
   c. Address:        110 WEST A STREET, STE.1100
                      SAN DIEGO, CA 92101

3. I served the party named in item 2a
   a. By personally delivering the copies:
      (1) on: NOVEMBER 28, 2007  (2) at: 10:35 AM

5. Person Serving:                              [Recoverable Costs per 1033.5(a)(4)
     AL GOTTLIEB                                a. Fee for Service:     25.00
     C/O EXPRESS PROCESS SERVICE                d. Registered California Process Server
     110 WEST "C" STREET, SUITE 713                (1) Owner.
     SAN DIEGO, CA 92101                           (2) Registration No.: 1355
     (619) 232-4800                                (3) County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: NOVEMBER 29, 2007           Signature: _____
                                                AL GOTTLIEB

Jud. Coun. form, rule 2.150                                              0701744