```
                        EXPRESS PROCESS SERVICE
                       110 WEST "C" STREET, SUITE 713
                           SAN DIEGO, CA 92101
                       (619) 232-4800  Fax: (619) 232-6339


--------------------------------------------------------------------------------
 0701745   <-- Refer to this Number for Inquiry or Payment      DATE:  11/29/07
--------------------------------------------------------------------------------

    PATRICIA LYNN JACKS                           TELEPHONE:  (619) 299-4649
    5790 FRIARS ROAD, F8                          ATTENTION:  PATRICIA
    SAN DIEGO, CA 92110                           YOUR FILE #:  TATARINOV


--------------------------------------------------------------------------------
                              CASE INFORMATION
--------------------------------------------------------------------------------
      SERVICE ON:   OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY, US
                    IMMIGRATION & CUSTOMS ENFORCEMENT
     CASE NUMBER:   07CV2033 LNLS
      CASE TITLE:   TATARINOV v SUPERIOR COURT OF THE STATE
       DOCUMENTS:   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION
--------------------------------------------------------------------------------
                             SERVICE INFORMATION
--------------------------------------------------------------------------------
DATE & TIME OF SERVICE:   Wednesday, NOVEMBER 28, 2007 at 10:35 AM
   DOCUMENTS SERVED AT:   880 FRONT STREET, RM.2246
                          SAN DIEGO, CA 92101
      MANNER OF SERVICE:  PERSONAL SERVICE
                 SERVER:  AL GOTTLIEB
   DOCUMENTS LEFT WITH:   ADRIAN GIL, INTAKE CLERK-AUTH. TO ACCEPT




--------------------------------------------------------------------------------
                                                                    CHARGES
--------------------------------------------------------------------------------
                                                PROCESS/ATTEMPTS      25.00
                                                           TOTAL      25.00
                                                         CREDITS      25.00
                                                  BALANCE DUE  -->     0.00




                   THANK YOU FOR USING EXPRESS PROCESS SERVICE
```

In accepting the attached proof of service you agree to the following terms: Payment is due upon receipt. Accounts 30 days or more past due are subject to a service charge of 1.5% per month or $5.00 min. charge, whichever is greater.

```
------------------------------------------------------------ FOR COURT USE ONLY -----
Attorney or Party Without Attorney:                        |                          |
PATRICIA LYNN JACKS                                        |                          |
5790 FRIARS ROAD, F8              BAR#: 226300             |                          |
SAN DIEGO, CA 92110                                        |                          |
Telephone: (619) 299-4649                                  |                          |
                                                           |                          |
On behalf of: PLAINTIFF           Ref: TATARINOV           |                          |
-----------------------------------------------------------|                          |
Court:  USDC SOUTHERN DISTRICT OF CALIFORNIA               |                          |
-----------------------------------------------------------|                          |
Case Title: TATARINOV v.                                   |                          |
            SUPERIOR COURT OF THE STATE                    |                          |
------------------------------------------------------------                          
PROOF OF SERVICE                                  Case No.: 07CV2033 LNLS
------------------------------------------------------------------------------
```

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION

2. a. Party Served: OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY, US
                    IMMIGRATION & CUSTOMS ENFORCEMENT
   b. Person Served: ADRIAN GIL, INTAKE CLERK-AUTH. TO ACCEPT
   c. Address:       880 FRONT STREET, RM.2246
                     SAN DIEGO, CA 92101

3. I served the party named in item 2a
   a. By personally delivering the copies:
      (1) on: NOVEMBER 28, 2007  (2) at: 10:35 AM

5. Person Serving:                                [Recoverable Costs per 1033.5(a)(4)]
       AL GOTTLIEB                                a. Fee for Service:    25.00
       C/O EXPRESS PROCESS SERVICE                d. Registered California Process Server
       110 WEST "C" STREET, SUITE 713                (1) Owner.
       SAN DIEGO, CA 92101                           (2) Registration No.: 1355
       (619) 232-4800                                (3) County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: NOVEMBER 29, 2007             Signature: _____/s/ Al Gottlieb_____
                                                  AL GOTTLIEB

Jud. Coun. form, rule 2.150                                              0701745