```
                         EXPRESS PROCESS SERVICE
                    110 WEST "C" STREET, SUITE 713
                         SAN DIEGO, CA 92101
                    (619) 232-4800  Fax: (619) 232-6339


------------------------------------------------------------------------------
 0701746   <-- Refer to this Number for Inquiry or Payment      DATE: 11/29/07
------------------------------------------------------------------------------

      PATRICIA LYNN JACKS                       TELEPHONE:  (619) 299-4649
      5790 FRIARS ROAD, F8                      ATTENTION:  PATRICIA
      SAN DIEGO, CA 92110                       YOUR FILE #: TATARINOV


------------------------------------------------------------------------------
                              CASE INFORMATION
------------------------------------------------------------------------------
      SERVICE ON:   OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY, US
                    IMMIGRATION & CUSTOMS ENFORCEMENT
     CASE NUMBER:   07CV2034 JAH POR
      CASE TITLE:   TATARINOV v SUPERIOR COURT OF THE STATE
       DOCUMENTS:   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION
------------------------------------------------------------------------------
                             SERVICE INFORMATION
------------------------------------------------------------------------------
DATE & TIME OF SERVICE:  Wednesday, NOVEMBER 28, 2007 at 10:35 AM
   DOCUMENTS SERVED AT:  880 FRONT STREET, RM.2246
                         SAN DIEGO, CA 92101
      MANNER OF SERVICE: PERSONAL SERVICE
                 SERVER: AL GOTTLIEB
   DOCUMENTS LEFT WITH:  ADRIAN GIL, INTAKE CLERK-AUTH. TO ACCEPT




------------------------------------------------------------------------------
                                                                       CHARGES
------------------------------------------------------------------------------
                                              PROCESS/ATTEMPTS     25.00
                                                         TOTAL     25.00
                                                       CREDITS     25.00
                                               BALANCE DUE -->      0.00




                  THANK YOU FOR USING EXPRESS PROCESS SERVICE
```

In accepting the attached proof of service you agree to the following terms: Payment is due upon receipt. Accounts 30 days or more past due are subject to a service charge of 1.5% per month or $5.00 min. charge, whichever is greater.

```
------------------------------------------------------------ FOR COURT USE ONLY -----
Attorney or Party Without Attorney:                        |                          |
  PATRICIA LYNN JACKS                   BAR#: 226300       |                          |
  5790 FRIARS ROAD, F8                                     |                          |
  SAN DIEGO, CA 92110                                      |                          |
  Telephone: (619) 299-4649                                |                          |
                                                           |                          |
  On behalf of: PLAINTIFF          Ref: TATARINOV          |                          |
-----------------------------------------------------------|                          |
  Court: USDC SOUTHERN DISTRICT OF CALIFORNIA              |                          |
-----------------------------------------------------------|                          |
  Case Title:   TATARINOV v.                               |                          |
                SUPERIOR COURT OF THE STATE                |                          |
----------------------------------------------------------------------------------------
  PROOF OF SERVICE                                      Case No.: 07CV2034 JAH POR
----------------------------------------------------------------------------------------
```

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION

2. a. Party Served:   OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY, US
                      IMMIGRATION & CUSTOMS ENFORCEMENT
   b. Person Served:  ADRIAN GIL, INTAKE CLERK-AUTH. TO ACCEPT
   c. Address:        880 FRONT STREET, RM.2246
                      SAN DIEGO, CA 92101

3. I served the party named in item 2a
   a. By personally delivering the copies:
      (1) on: NOVEMBER 28, 2007   (2) at: 10:35 AM

5. Person Serving:                                  [Recoverable Costs per 1033.5(a)(4)
     AL GOTTLIEB                                    a. Fee for Service:     25.00
     C/O EXPRESS PROCESS SERVICE                    d. Registered California Process Server
     110 WEST "C" STREET, SUITE 713                    (1) Owner.
     SAN DIEGO, CA 92101                               (2) Registration No.: 1355
     (619) 232-4800                                    (3) County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: NOVEMBER 29, 2007          Signature: _____/s/ Al Gottlieb_____
                                               AL GOTTLIEB

Jud. Coun. form, rule 2.150                                                     0701746