```
                       EXPRESS PROCESS SERVICE
                     110 WEST "C" STREET, SUITE 713
                          SAN DIEGO, CA 92101
                    (619) 232-4800  Fax: (619) 232-6339


------------------------------------------------------------------------------
 0701747   <-- Refer to this Number for Inquiry or Payment      DATE: 11/29/07
------------------------------------------------------------------------------

   PATRICIA LYNN JACKS                          TELEPHONE:  (619) 299-4649
   5790 FRIARS ROAD, F8                         ATTENTION:  PATRICIA
   SAN DIEGO, CA 92110                          YOUR FILE #: TATARINOV


------------------------------------------------------------------------------
                            CASE INFORMATION
------------------------------------------------------------------------------
      SERVICE ON:  SAM BETTWY, AUSA, U.S. ATTORNEY, SOUTHERN DISTRICT
     CASE NUMBER:  07CV2033 L NLS
      CASE TITLE:  TATARINOV v SUPERIOR COURT OF THE STATE
       DOCUMENTS:  SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION
------------------------------------------------------------------------------
                           SERVICE INFORMATION
------------------------------------------------------------------------------
DATE & TIME OF SERVICE:  Tuesday, NOVEMBER 27, 2007 at 3:58 PM
   DOCUMENTS SERVED AT:  101 W. BROADWAY, 15TH FLOOR
                         SAN DIEGO, CA 92101
     MANNER OF SERVICE:  PERSONAL SERVICE
                SERVER:  AL GOTTLIEB
   DOCUMENTS LEFT WITH:  MARY WIGGINS, CIVIL PROCESS CLERK-AUTH TO ACCEPT
                REPORT:  I WAS TOLD I HAD TO TAKE THE DOCUMENTS TO 101 W, BROADWAY, 15TH
                         FLOOR TO SERVE.




------------------------------------------------------------------------------
                                                              CHARGES
------------------------------------------------------------------------------
                                              PROCESS/ATTEMPTS      25.00
                                                         TOTAL      25.00
                                                       CREDITS      25.00
                                                BALANCE DUE -->      0.00




                THANK YOU FOR USING EXPRESS PROCESS SERVICE
```

In accepting the attached proof of service you agree to the following terms: Payment is due upon receipt. Accounts 30 days or more past due are subject to a service charge of 1.5% per month or $5.00 min. charge, whichever is greater.

```
------------------------------------------------------------------  FOR COURT USE ONLY -----
Attorney or Party Without Attorney:                               |                         |
PATRICIA LYNN JACKS                 BAR#: 226300                  |                         |
5790 FRIARS ROAD, F8                                              |                         |
SAN DIEGO, CA 92110                                               |                         |
Telephone:  (619) 299-4649                                        |                         |
                                                                  |                         |
On behalf of:  PLAINTIFF           Ref: TATARINOV                 |                         |
------------------------------------------------------------------|                         |
Court:  USDC SOUTHERN DISTRICT OF CALIFORNIA                      |                         |
------------------------------------------------------------------|                         |
Case Title:  TATARINOV v.                                         |                         |
             SUPERIOR COURT OF THE STATE                          |                         |
-------------------------------------------------------------------------------------------
PROOF OF SERVICE                                  Case No.: 07CV2033 L NLS
-------------------------------------------------------------------------------------------
```

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION

2. a. Party Served:   SAM BETTWY, AUSA, U.S. ATTORNEY, SOUTHERN DISTRICT
   b. Person Served:  MARY WIGGINS, CIVIL PROCESS CLERK-AUTH TO ACCEPT
   c. Address:        101 W. BROADWAY, 15TH FLOOR
                      SAN DIEGO, CA 92101

3. I served the party named in item 2a
   a. By personally delivering the copies:
      (1) on: NOVEMBER 27, 2007   (2) at: 3:58 PM

5. Person Serving:                              [Recoverable Costs per 1033.5(a)(4)
   AL GOTTLIEB                                  a. Fee for Service:    25.00
   C/O EXPRESS PROCESS SERVICE                  d. Registered California Process Server
   110 WEST "C" STREET, SUITE 713                  (1) Owner.
   SAN DIEGO, CA 92101                             (2) Registration No.: 1355
   (619) 232-4800                                  (3) County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: NOVEMBER 29, 2007           Signature: _____
                                                AL GOTTLIEB

Jud. Coun. form, rule 2.150                                              0701747