```
                        EXPRESS PROCESS SERVICE
                     110 WEST "C" STREET, SUITE 713
                          SAN DIEGO, CA 92101
                    (619) 232-4800  Fax: (619) 232-6339


-------------------------------------------------------------------------------
 0701748    <-- Refer to this Number for Inquiry or Payment      DATE: 11/29/07
-------------------------------------------------------------------------------


       PATRICIA LYNN JACKS                      TELEPHONE:  (619) 299-4649
       5790 FRIARS ROAD, F8                     ATTENTION:  PATRICIA
       SAN DIEGO, CA 92110                      YOUR FILE #:  TATARINOV


-------------------------------------------------------------------------------
                             CASE INFORMATION
-------------------------------------------------------------------------------
       SERVICE ON:   SAM BETTWY, AUSA, U.S. ATTORNEY, SOUTHERN DISTRICT
      CASE NUMBER:   07CV2034 JAH POR
       CASE TITLE:   TATARINOV v SUPERIOR COURT OF THE STATE
        DOCUMENTS:   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION
-------------------------------------------------------------------------------
                            SERVICE INFORMATION
-------------------------------------------------------------------------------
DATE & TIME OF SERVICE:   Tuesday, NOVEMBER 27, 2007 at 3:58 PM
   DOCUMENTS SERVED AT:   101 W. BROADWAY, 15TH FLOOR
                          SAN DIEGO, CA 92101
      MANNER OF SERVICE:  PERSONAL SERVICE
                 SERVER:  AL GOTTLIEB
    DOCUMENTS LEFT WITH:  MARY WIGGINS, CIVIL PROCESS CLERK-AUTH TO ACCEPT
                 REPORT:  I WAS TOLD I HAD TO TAKE THE DOCUMENTS TO 101 W, BROADWAY, 15TH
                          FLOOR TO SERVE.




-------------------------------------------------------------------------------
                                                                      CHARGES
-------------------------------------------------------------------------------
                                                   PROCESS/ATTEMPTS     25.00
                                                              TOTAL     25.00
                                                            CREDITS     25.00
                                                      BALANCE DUE -->    0.00




                   THANK YOU FOR USING EXPRESS PROCESS SERVICE
```

In accepting the attached proof of service you agree to the following terms: Payment is due upon receipt. Accounts 30 days or more past due are subject to a service charge of 1.5% per month or $5.00 min. charge, whichever is greater.

```
------------------------------------------------------------   FOR COURT USE ONLY -----
Attorney or Party Without Attorney:                         |                          |
PATRICIA LYNN JACKS             BAR#: 226300                |                          |
5790 FRIARS ROAD, F8                                        |                          |
SAN DIEGO, CA 92110                                         |                          |
Telephone: (619) 299-4649                                   |                          |
                                                            |                          |
On behalf of: PLAINTIFF         Ref: TATARINOV              |                          |
------------------------------------------------------------|                          |
Court:  USDC SOUTHERN DISTRICT OF CALIFORNIA                |                          |
------------------------------------------------------------|                          |
Case Title:   TATARINOV v.                                  |                          |
              SUPERIOR COURT OF THE STATE                   |                          |
------------------------------------------------------------------------------------
PROOF OF SERVICE                                        Case No.: 07CV2034 JAH POR
------------------------------------------------------------------------------------
```

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION

2. a.  Party Served:   SAM BETTWY, AUSA, U.S. ATTORNEY, SOUTHERN DISTRICT
   b.  Person Served:  MARY WIGGINS, CIVIL PROCESS CLERK-AUTH TO ACCEPT
   c.  Address:        101 W. BROADWAY, 15TH FLOOR
                       SAN DIEGO, CA 92101

3. I served the party named in item 2a
   a. By personally delivering the copies:
      (1) on: NOVEMBER 27, 2007  (2) at: 3:58 PM

5. Person Serving:                              [Recoverable Costs per 1033.5(a)(4)
      AL GOTTLIEB                            a. Fee for Service:      25.00
      C/O EXPRESS PROCESS SERVICE            d. Registered California Process Server
      110 WEST "C" STREET, SUITE 713            (1) Owner.
      SAN DIEGO, CA 92101                       (2) Registration No.: 1355
      (619) 232-4800                            (3) County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: NOVEMBER 29, 2007              Signature: _____/s/ Al Gottlieb_____
                                                   AL GOTTLIEB

Jud. Coun. form, rule 2.150                                              0701748