```
                          EXPRESS PROCESS SERVICE
                      110 WEST "C" STREET, SUITE 713
                            SAN DIEGO, CA 92101
                    (619) 232-4800  Fax: (619) 232-6339


------------------------------------------------------------------------------
 0701749   <-- Refer to this Number for Inquiry or Payment       DATE: 11/29/07
------------------------------------------------------------------------------

       PATRICIA LYNN JACKS                     TELEPHONE:  (619) 299-4649
       5790 FRIARS ROAD, F8                    ATTENTION:  PATRICIA
       SAN DIEGO, CA 92110                     YOUR FILE #:  TATARINOV


------------------------------------------------------------------------------
                              CASE INFORMATION
------------------------------------------------------------------------------
         SERVICE ON:  DEPORTATION OFFICER ELIANA HAYES, ICE DETENTION & REMOVAL UNIT
        CASE NUMBER:  07CV2033 L NLS
         CASE TITLE:  TATARINOV v SUPERIOR COURT OF THE STATE
          DOCUMENTS:  SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION
------------------------------------------------------------------------------
                            SERVICE INFORMATION
------------------------------------------------------------------------------
DATE & TIME OF SERVICE:  Wednesday, NOVEMBER 28, 2007 at 10:35 AM
   DOCUMENTS SERVED AT:  446 ALTA RD., ROOM 5400
                         SAN DIEGO, CA 92158
      MANNER OF SERVICE:  PERSONAL SERVICE
                SERVER:  AL GOTTLIEB
    DOCUMENTS LEFT WITH:  ADRIAN GIL, INTAKE CLERK-AUTH. TO ACCEPT
                REPORT:  I TALKED TO "CHIEF COUNSEL" ABOUT SERVICE OF "OFFICER ELIANA
                         HAYES" HE STATED THAT HE WOULD ACCEPT SERVICE ON HER BEHALF.




------------------------------------------------------------------------------
                                                                      CHARGES
------------------------------------------------------------------------------
                                              PROCESS/ATTEMPTS        25.00
                                                         TOTAL        25.00
                                                       CREDITS        25.00
                                              BALANCE DUE -->          0.00




                  THANK YOU FOR USING EXPRESS PROCESS SERVICE
```

In accepting the attached proof of service you agree to the following terms: Payment is due upon receipt. Accounts 30 days or more past due are subject to a service charge of 1.5% per month or $5.00 min. charge, whichever is greater.

```
------------------------------------------------------------   FOR COURT USE ONLY -----
Attorney or Party Without Attorney:
PATRICIA LYNN JACKS              BAR#: 226300
5790 FRIARS ROAD, F8
SAN DIEGO, CA 92110
Telephone:  (619) 299-4649

On behalf of: PLAINTIFF          Ref: TATARINOV
------------------------------------------------------------
Court:  USDC SOUTHERN DISTRICT OF CALIFORNIA
------------------------------------------------------------
Case Title:  TATARINOV v.
             SUPERIOR COURT OF THE STATE
------------------------------------------------------------
PROOF OF SERVICE                 Case No.: 07CV2033 L NLS
------------------------------------------------------------
```

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION

2. a. Party Served:   DEPORTATION OFFICER ELIANA HAYES, ICE DETENTION & REMOVAL UNIT
   b. Person Served:  ADRIAN GIL, INTAKE CLERK-AUTH. TO ACCEPT
   c. Address:        446 ALTA RD., ROOM 5400
                      SAN DIEGO, CA 92158

3. I served the party named in item 2a
   a. By personally delivering the copies:
      (1) on: NOVEMBER 28, 2007  (2) at: 10:35 AM

5. Person Serving:                              [Recoverable Costs per 1033.5(a)(4)
      AL GOTTLIEB                          a. Fee for Service:     25.00
      C/O EXPRESS PROCESS SERVICE          d. Registered California Process Server
      110 WEST "C" STREET, SUITE 713          (1) Owner.
      SAN DIEGO, CA 92101                     (2) Registration No.: 1355
      (619) 232-4800                          (3) County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: NOVEMBER 29, 2007            Signature: _____
                                                 AL GOTTLIEB

Jud. Coun. form, rule 2.150                                          0701749