```
                        EXPRESS PROCESS SERVICE
                   110 WEST "C" STREET, SUITE 713
                        SAN DIEGO, CA 92101
                   (619) 232-4800  Fax: (619) 232-6339


--------------------------------------------------------------------------------
 0701750   <-- Refer to this Number for Inquiry or Payment         DATE: 11/29/07
--------------------------------------------------------------------------------

     PATRICIA LYNN JACKS                         TELEPHONE:  (619) 299-4649
     5790 FRIARS ROAD, F8                        ATTENTION:  PATRICIA
     SAN DIEGO, CA 92110                         YOUR FILE #:  TATARINOV


--------------------------------------------------------------------------------
                             CASE INFORMATION
--------------------------------------------------------------------------------
       SERVICE ON:   DEPORTATION OFFICER ELIANA HAYES, ICE DETENTION & REMOVAL UNIT
      CASE NUMBER:   07CV2034 JAH POR
       CASE TITLE:   TATARINOV v SUPERIOR COURT OF THE STATE
        DOCUMENTS:   SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION
--------------------------------------------------------------------------------
                            SERVICE INFORMATION
--------------------------------------------------------------------------------
DATE & TIME OF SERVICE:   Wednesday, NOVEMBER 28, 2007 at 10:35 AM
   DOCUMENTS SERVED AT:   446 ALTA RD., ROOM 5400
                          SAN DIEGO, CA 92158
      MANNER OF SERVICE:  PERSONAL SERVICE
                SERVER:   AL GOTTLIEB
   DOCUMENTS LEFT WITH:   ADRIAN GIL, INTAKE CLERK-AUTH. TO ACCEPT
                REPORT:   I TALKED TO "CHIEF COUNSEL" ABOUT SERVICE OF "OFFICER ELIANA
                          HAYES" HE STATED THAT HE WOULD ACCEPT SERVICE ON HER BEHALF.




--------------------------------------------------------------------------------
                                                                 CHARGES
--------------------------------------------------------------------------------
                                                 PROCESS/ATTEMPTS      25.00
                                                            TOTAL      25.00
                                                          CREDITS      25.00
                                                    BALANCE DUE -->     0.00




                 THANK YOU FOR USING EXPRESS PROCESS SERVICE
```

In accepting the attached proof of service you agree to the following terms: Payment is due upon receipt. Accounts 30 days or more past due are subject to a service charge of 1.5% per month or $5.00 min. charge, whichever is greater.

```
----------------------------------------------------------------    ----- FOR COURT USE ONLY -----
Attorney or Party Without Attorney:                             |                                 |
PATRICIA LYNN JACKS                      BAR#: 226300           |                                 |
5790 FRIARS ROAD, F8                                            |                                 |
SAN DIEGO, CA 92110                                             |                                 |
Telephone: (619) 299-4649                                       |                                 |
                                                                |                                 |
On behalf of: PLAINTIFF            Ref: TATARINOV               |                                 |
----------------------------------------------------------------|                                 |
Court:  USDC SOUTHERN DISTRICT OF CALIFORNIA                    |                                 |
----------------------------------------------------------------|                                 |
Case Title:  TATARINOV v.                                       |                                 |
             SUPERIOR COURT OF THE STATE                        |                                 |
-------------------------------------------------------------------------------------------------
PROOF OF SERVICE                                           Case No.: 07CV2034 JAH POR
-------------------------------------------------------------------------------------------------

1.  At the time of service I was at least 18 years of age and not a party to this
    action, and I served copies of the:

    SUMMONS IN A CIVIL ACTION ON FIRST AMENDED PETITION

2.  a.   Party Served:    DEPORTATION OFFICER ELIANA HAYES, ICE DETENTION & REMOVAL
                          UNIT
    b.   Person Served:   ADRIAN GIL, INTAKE CLERK-AUTH. TO ACCEPT
    c.   Address:         446 ALTA RD., ROOM 5400
                          SAN DIEGO, CA 92158

3.  I served the party named in item 2a
    a.   By personally delivering the copies:
         (1) on: NOVEMBER 28, 2007   (2) at: 10:35 AM




5.  Person Serving:                             [Recoverable Costs per 1033.5(a)(4)
       AL GOTTLIEB                              a. Fee for Service:       25.00
       C/O EXPRESS PROCESS SERVICE              d. Registered California Process Server
       110 WEST "C" STREET, SUITE 713              (1) Owner.
       SAN DIEGO, CA 92101                         (2) Registration No.: 1355
       (619) 232-4800                              (3) County: SAN DIEGO


6.  I declare under penalty of perjury under the laws of the State of California
    that the foregoing is true and correct.

    Date: NOVEMBER 29, 2007              Signature: _____
                                                    AL GOTTLIEB
Jud. Coun. form, rule 2.150                                                   0701750
```