EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
SABRINA Y. LANE-ERWIN, State Bar No. 167819
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2565
 Fax: (619) 645-2271
 Email: Sabrina.LaneErwin@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DMITRI VALLERVEICH TATARINOV,**<br><br>                              Petitioner,<br><br>       v.<br><br>**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY; U.S. ATTORNEY, SOUTHERN DISTRICT; ICE DETENTION & REMOVAL UNIT**<br><br>                              Respondent. | 07cv2033-L (NLS)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>NO HEARING REQUIRED |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  SABRINA Y. LANE-ERWIN, State Bar No. 167819
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2565
     Fax: (619) 645-2271
9    Email: Sabrina.LaneErwin@doj.ca.gov

10 Attorneys for Respondent

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **DMITRI VALLERVEICH TATARINOV,** | 07cv2033-L (NLS) |
| 15                               Petitioner, | **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |
| 16         v. | |
| 17  **SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY; U.S. ATTORNEY, SOUTHERN DISTRICT; ICE DETENTION & REMOVAL UNIT,** | **NO HEARING REQUIRED** |
| 20                               Respondent. | |

22

23        Edmund G. Brown Jr., Attorney General of the State of California, and Sabrina Y. Lane-

24 Erwin, Deputy Attorney General, moves this Court, pursuant to Rule 4 of the Rules Governing §

25 2254 Cases, for dismissal of the First Amended Petition for Writ of Habeas Corpus. Dismissal is

26 required because Petitioner does not and cannot satisfy the custody requirement for federal habeas

27 corpus jurisdiction, the First Amended Petition is successive, and he failed to file his First Amended

28 Petition for Writ of Habeas Corpus within the one-year statute of limitations set forth in 28 U.S.C.

§ 2244 (d). While Petitioner may still have valid legal options to pursue, this proceeding is not one of them.

## CONCLUSION

Wherefore, the First Amended Petition for Writ of Habeas Corpus should be dismissed with prejudice.

Dated: December 3, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s\ Sabrina Y. Lane-Erwin
SABRINA Y. LANE-ERWIN
Deputy Attorney General

Attorneys for Respondent

80184674.wpd
SD2007701085

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: **Tatarinov v. Superior Court of the State of California, County of San Diego; Office of the Chief Counsel, Dept. of Homeland Security; U.S. Attorney, Southern District; ICE Detention & Removal Unit**

No.: **07cv 2033-L (NLS)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 3, 2007, I served the attached **notice of motion and motion to dismiss first amended petition for writ of habeas corpus; memorandum of points and authorities in support of motion to dismiss first amended petition for writ of habeas corpus; notice of lodgment** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**Patricia Lynn Jacks**
**5790 Friars Rd. F8**
**San Diego CA 92110**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 3, 2007, at San Diego, California.

Kimberly Wickenhagen
Declarant                         Signature