1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  SABRINA Y. LANE-ERWIN, State Bar No. 167819
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2565
    Fax: (619) 645-2271
9   Email: Sabrina.LaneErwin@doj.ca.gov

10 Attorneys for Respondent

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15 **DMITRI VALLERVEICH TATARINOV,**           07cv2033-L (NLS)

16                               Petitioner,   **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO ASSIGNED MAGISTRATE JUDGE**

17         v.

18 **SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY; U.S. ATTORNEY, SOUTHERN DISTRICT; ICE DETENTION & REMOVAL UNIT**

21                               Respondent.

23         Respondent hereby lodges the following documents with the Court:

24         1. Clerk's Transcript of trial proceedings, California Court of Appeal, Fourth

25 Appellate District, Division One (D049763)

26         2. Reporter's Transcript of trial proceedings, California Court of Appeal, Fourth

27 Appellate District, Division One (D049763)

3. Appellant's Opening Brief, California Court of Appeal, Fourth Appellate District, Division One (D049763)

4. Motion to Dismiss Appeal, California Court of Appeal, Fourth Appellate District, Division One (D049763)

5. Order Dismissing Appeal, California Court of Appeal, Fourth Appellate District, Division One (D049763)

6. Petition for Review, California Supreme Court (S153481)

7. Order Denying Petition for Review, California Supreme Court (S153481)

8. Magistrate's Report and Recommendation, United States District Court, Southern District of California  (02cv2029 W(BEN))

9. Order Adopting Magistrate's Report and Recommendation, United States District Court, Southern District of California  (02cv2029 W(BEN))

10. Memorandum Opinion, Ninth Circuit Court of Appeals (03-56342)

Dated:  December 3, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


s\ Sabrina Y. Lane-Erwin
SABRINA Y. LANE-ERWIN
Deputy Attorney General
Attorneys for Respondent

80184731.wpd
SD2007701085