EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
SABRINA Y. LANE-ERWIN, State Bar No. 167819
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2565
 Fax: (619) 645-2271
 Email: Sabrina.LaneErwin@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DMITRI VALLERVEICH TATARINOV,**<br><br>                                            Petitioner,<br><br>         v.<br><br>**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY; U.S. ATTORNEY, SOUTHERN DISTRICT; ICE DETENTION & REMOVAL UNIT,**<br><br>                                            Respondent. | 07cv2033-L (NLS)<br><br>**OPPOSITION TO MOTION FOR STAY OF REMOVAL DURING PENDENCY OF HABEAS CORPUS PROCEEDINGS**<br><br>**NO HEARING REQUIRED** |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  SABRINA Y. LANE-ERWIN, State Bar No. 167819
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2565
     Fax: (619) 645-2271
9    Email: Sabrina.LaneErwin@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | **DMITRI VALLERVEICH TATARINOV,** | 07cv2033-L (NLS)
15 |                    Petitioner, | **OPPOSITION TO MOTION FOR STAY OF REMOVAL**
16 | **v.** | **DURING PENDENCY OF HABEAS CORPUS PROCEEDINGS**
17 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO;** |
18 | **OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY; U.S. ATTORNEY,** | **NO HEARING REQUIRED**
19 | **SOUTHERN DISTRICT; ICE DETENTION & REMOVAL UNIT,** |
20 |                    Respondent. |
21

22

23        Edmund G. Brown Jr., Attorney General of the State of California, and Sabrina Y. Lane-

24 Erwin, Deputy Attorney General, opposes Petitioner's Motion for Stay of Removal During

25 Pendency of Application for Writ of Habeas Corpus, pursuant to this Court's Order dated November

26 27, 2007. Petitioner predicates his Motion for Stay on the potential success of the pending First

27 Amended Petition. (See Memorandum of Points and Authorities in Support of Motion for Stay of

28 Removal at 4-5.) The stay is not warranted because the First Amended Petition must be dismissed.

1  The
2  undersigned is concurrently filing a Motion to Dismiss the First Amended Petition for the following
3  reasons: Petitioner does not and cannot satisfy the custody requirement for federal habeas corpus
4  jurisdiction; the First Amended Petition is successive; and he failed to file his First Amended
5  Petition for Writ of Habeas Corpus within the one-year statute of limitations set forth in 28 U.S.C.
6  § 2244(d). While Petitioner may still have valid legal options to pursue, federal habeas corpus
7  review of the subject state court judgments is not one of them. Thus, this Court should deny
8  Petitioner's request for a stay of the removal proceedings.[1/]

9  In Abbassi v. Immigration and Naturalization Service, 143 F.3d 513, 514 (9th Cir. 1008),
10 the court articulated the standard for obtaining a stay of removal. The "[p]etitioner must show either
11 a probability of success on the merits and the possibility of irreparable injury, or that serious legal
12 questions are raised and the balance of hardships tips sharply in petitioner's favor." See also
13 Mariscol-Sandoval v. Ashcroft, 370 F.3d 851, 857-859. Here, Petitioner points to the probable merit
14 of his pending First Amended Petition as the basis for his stay request. (Memorandum of Points and
15 Authorities in Support of Petitioner's Motion for Stay of Removal at 4-5.) But Petitioner cannot
16 show that the First Amended Petition has a "probability of success" or that it raises "serious legal
17 questions." As argued more fully in the Motion to Dismiss the First Amended Petition, the First
18 Amended Petition must be dismissed for several reasons. Petitioner cannot satisfy the custody
19 requirement for federal habeas corpus jurisdiction because he was long ago discharged from state
20 imprisonment and any probation or parole period. Though Petitioner is in ICE custody, it does not
21 satisfy the custody requirement for federal habeas corpus review. In addition, the First Amended
22 Petition is a successive petition and Petitioner did not obtain approval from the Ninth Circuit to file
23 a successive petition. Moreover, Petitioner seeks collateral review of two state court judgments

---

1. The undersigned understands that the California Attorney General does not represent any party to this action, and that Samuel Bettwy, as counsel for the federal respondents named in this action, is likely best suited to advocate the People's position with respect to the deportation proceedings. Thus, the undersigned files this Opposition solely in response to the Court's Order dated November 27, 2007, and to point out the apparent dependence of the stay request on the pending First Amended Petition.

under 28 U.S.C. section 2241, which is not the proper avenue for federal habeas corpus review. Finally, the First Amended Petition was filed many years after the applicable one-year statute of limitations expired. Accordingly, for all of these reasons, the First Amended Petition should be dismissed with prejudice. To the extent a stay of the removal proceedings depends on the First Amended Petition, dismissal of that petition would dissolve the underlying basis for the stay. See Mariscol-Sandoval, 370 F.3d at 859-860.

**CONCLUSION**

For the foregoing reasons, Respondent respectfully submits that Motion for Stay of Removal be denied because the First Amended Petition, which is the basis for the stay, must be dismissed with prejudice.

Dated: December 3, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s\ Sabrina Y. Lane-Erwin
SABRINA Y. LANE-ERWIN
Deputy Attorney General

Attorneys for Respondent

80184823.wpd
SD2007701085

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Tatarinov v. Superior Court of the State of California, County of San Diego; Office of the Chief Counsel, Dept. of Homeland Security; U.S. Attorney, Southern District; ICE Detention & Removal Unit**

No.: **07cv 2033-L (NLS)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 3, 2007, I served the attached **opposition to motion for stay or removal during pendency of habeas corpus proceedings** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**Patricia Lynn Jacks**
**5790 Friars Rd. F8**
**San Diego CA 92110**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 3, 2007, at San Diego, California.

Kimberly Wickenhagen
_____
Declarant

*[Signature]*
_____
Signature