UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI VALERYEVICH TATARINOV,<br><br>          Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY; U.S. ATTORNEY, SOUTHERN DISTRICT; ICE DETENTION & REMOVAL UNIT,<br><br>          Respondents. | Civil No. 07cv2033-L(NLS)<br><br>**ORDER DENYING AS MOOT RESPONDENT SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO'S MOTION TO DISMISS** |

      On December 3, 2007, Respondent Superior Court of the State of California, County of San Diego filed a Motion to Dismiss First Amended Petition for Writ of Habeas Corpus. The motion is **DENIED AS MOOT** because Petitioner filed a Consolidated Petition pursuant to the court's November 27, 2007 order which supersedes the first amended petition.

      Furthermore, the court notes that Respondent's motion did not comply with the requirements of Civil Local Rule 7.1 and, although it included a notice of lodgment, Respondent did not provide the court with a copy of the documents listed in the notice of lodgment. Should Respondent file any motions in the future, such motions must comply with all applicable Local

1  Rules or Electronic Case Filing Administrative Policies and Procedures.  Counsel is advised that
2  any further failure to comply may lead to penalties pursuant to Civil Local Rule 83.1.  In
3  addition, should Respondent file any further notices of lodgment, it must submit two copies of
4  the documents listed in the notice of lodgment.
5       **IT IS SO ORDERED.**

7  DATED:  December 4, 2007

                                  M. James Lorenz
                                United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL