

FILED

12/13/2007

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**Tatarinov**                                                    **07cv2033-L (NLS)**

**-v-**

**Superior Court of the State of California, County of San Diego; et al.**

# STRICKEN DOCUMENT

**41-Motion to Dismiss the Superior Court of the State of California**

**41**