UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI VALERYEVICH TATARINOV, <br><br> Petitioner, <br><br> v. <br><br> SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY; U.S. ATTORNEY, SOUTHERN DISTRICT; ICE DETENTION & REMOVAL UNIT, <br><br> Respondents. | Civil No. 07cv2033-L(NLS) <br><br> **ORDER STRIKING DOCUMENT FROM THE RECORD** |

On December 13, 2007, Respondent Superior Court of the State of California, County of San Diego ("State") filed a Motion to Dismiss the Superior Court of the State of California (doc. no. 41). For the reasons which follow, the State's motion is rejected and **STRICKEN FROM THE RECORD**..

This is the State's third motion to dismiss. The State's initial motion to dismiss was denied as moot on December 4, 2007 because a new petition had been filed. In the order denying the motion, the court admonished the state: "Respondent's motion did not comply with the requirements of Civil Local Rule 7.1 . . .. Should Respondent file any motions in the future,

such motions must comply with all applicable Local Rules or Electronic Case Filing Administrative Policies and Procedures.  *Counsel is advised that any further failure to comply may lead to penalties pursuant to Civil Local Rule 83.1*."  (Order filed Dec. 4, 2007 (emphasis added).)

Nevertheless, on December 7, 2007, the State filed another motion to dismiss, again failing to comply with local rules.  Although the motion was denied on substantive grounds, the court again admonished the State:  "As before, the State's renewed motion fails to comply with the requirements of Civil Local Rule 7.1 . . ..  *Counsel is again advised that any further failure to comply may lead to penalties pursuant to Civil Local Rule 83.1*."  (Order filed Dec. 10, 2007 (emphasis added).)

On December 13, 2007, the State again filed a motion to dismiss, again failing to comply with Civil Local Rule 7.1, accordingly the motion is rejected.  For the foregoing reasons, **IT IS HEREBY ORDERED** as follows:

1. **Upon any further failure by the State to comply with the applicable Local Rules, the court will issue an order to show cause re: sanctions**.

2. The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** Motion to Dismiss the Superior Court of the State of California filed December 13, 2007 (doc. no. 41).

**IT IS SO ORDERED.**

DATED: December 14, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL