EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
SABRINA Y. LANE-ERWIN, State Bar No. 167819
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2565
 Fax: (619) 645-2271
 Email: Sabrina.LaneErwin@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DMITRI VALLERVEICH TATARINOV,**<br><br>                                      Petitioner,<br><br>v.<br><br>**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; OFFICE OF THE CHIEF COUNSEL, DEPT. OF HOMELAND SECURITY; U.S. ATTORNEY, SOUTHERN DISTRICT; ICE DETENTION & REMOVAL UNIT,**<br><br>                                      Respondent. | 07cv2033-L (NLS)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS SUPERIOR COURT OF THE STATE OF CALIFORNIA**<br><br>Hearing:        1/17/08<br>Time:           10:30 a.m.<br>Courtroom:   14<br><br>The Honorable Nita L. Stormes<br>United States Magistrate Judge |

          Edmund G. Brown Jr., Attorney General of the State of California, and Sabrina Y. Lane-Erwin, Deputy Attorney General, moves this Court, for dismissal of the Superior Court of the State of California as a respondent from the above-captioned proceedings. Dismissal is required because Petitioner challenges his deportation under 28 U.S.C. § 2241 and federal immigration entities are the proper respondents. The State of California neither has custody of Petitioner nor is it involved

in immigration proceedings.  Thus, the Superior Court of the State of California must be dismissed from this action.

## CONCLUSION

Wherefore, the Superior Court of the State of California should be dismissed from this action.

Dated:  December 17, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


<u>s\Sabrina Y. Lane-Erwin</u>
SABRINA Y. LANE-ERWIN
Deputy Attorney General
Attorneys for Respondent

80189111.wpd
SD2007701085

# CERTIFICATE OF SERVICE

Case Name: **Tatarinov v. Superior Court**

No.: **07cv2033-L (NLS)**

I declare:

On <u>December 17, 2007</u>, I electronically filed the following document(s):

> (1) NOTICE OF MOTION AND MOTION TO DISMISS SUPERIOR COURT OF THE STATE OF CALIFORNIA; and (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

Patricia Lynn Jacks
**E-mail Address:** pjacks@san.rr.com

*Attorney for Dmitri Tatarinov*

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 17, 2007</u>, at San Diego, California.

| Bonnie Peak | *[signature: Bonnie Peak]* |
|---|---|
| Declarant | Signature |

SD2007701085
80189168.wpd