UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI VALERYEVICH TATARINOV,<br><br>    Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; *et al.*,<br><br>    Respondents. | Civil No. 07cv2033-L(NLS)<br><br>**ORDER CONTINUING HEARING DATE** |

On the court's own motion, the hearing date on Respondent Superior Court of the State of California, County of San Diego's motion to dismiss is **CONTINUED** from January 17, 2008 at 10:30 a.m. to **January 22, 2008 at 10:30 a.m.** The parties shall refer to Civil Local Rule 7.1 for briefing schedule.

**IT IS SO ORDERED.**

DATED: December 18, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv2033