UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRI VALLERVEICH TATARINOV, [A72 779 308], <br><br>  Petitioner,<br><br> v.<br><br> SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; et al.,<br><br> Respondents. | No. 07cv2033 L (NLS)<br><br>DECLARATION OF SAMUEL W. BETTWY |

I, Samuel W. Bettwy, declare and state as follows:

I am an Assistant United States Attorney in the Southern District of California and have been assigned the responsibility for the defense of the above-captioned case.

Documents numbered Exs. 1-36 constitute a true copy of documents located in Petitioner's DHS "A-File," No. 72 779 308.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED:  December 21, 2007

s/ *Samuel W. Bettwy*
_____
SAMUEL W. BETTWY