UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI VALERYEVICH TATARINOV, <br><br> Petitioner, <br><br> v. <br><br> SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; *et al.*, <br><br> Respondents. | Civil No. 07cv2033-L(NLS) <br><br> **ORDER RE: ORAL ARGUMENT** |

Currently scheduled on this court's calendar for January 22, 2008 is Respondent Superior Court of the State of California, County of San Diego's motion to dismiss. The court finds the motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on January 22, 2008 and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED.**

DATED: January 15, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL