UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI VALERYEVICH TATARINOV,<br><br>            Petitioner,<br>v.<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; *et al.*,<br>            Respondents. | Civil No. 07cv2033-L(NLS)<br><br>**BRIEFING SCHEDULE RE: PETITIONER'S MOTION FOR RELEASE** |

In this proceeding for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, the court granted Petitioner's motion for stay of removal on May 7, 2008. On June 1, 2008, Petitioner filed a Motion for Order of Release During Pendency of Habeas Corpus Proceedings. **IT IS HEREBY ORDERED** that the parties shall brief the motion for release as follows:

1. Petitioner shall file and serve a memorandum of points and authorities, no more than ten pages in length, no later than **June 4, 2008.**

2. Respondents shall file and serve opposition memoranda of points and authorities, no more than ten pages in length, and any supporting evidence, no later than **June 9, 2008**.

3. Petitioner shall file and serve a reply memorandum of points and authorities, no more than five pages in length, and any supporting evidence, no later than **June 12, 2008.**

/ / / / /

1     Upon the filing of the foregoing, the parties shall await further order of the court.

2     **IT IS SO ORDERED.**

4 DATED: June 2, 2008

                                          M. James Lorenz
                                          United States District Court Judge

6 COPY TO:

7

8 HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

9 ALL PARTIES/COUNSEL