# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Dimitri Vallerveich Tatarinov

V.

Superior Court of the State of California, County of San Diego, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07-CV-2033-L (NLS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Petition for Habeas Corpus is **DENIED**. The State's motion to dismiss and Petitioner's motion for release are **DENIED** as moot. Order Granting Petitioner's Motion for Stay of Removal, dated May 9, 2008, is **VACATED**.

| July 11, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ M. Jenkins
(By) M. Jenkins, Deputy Clerk
ENTERED ON July 11, 2008

07-CV-2033-L (NLS)