UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI VALLERVEICH TATARINOV,<br><br>            Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO; *et al.*,<br><br>            Respondents. | Civil No. 07cv2033-L(NLS)<br><br>**ORDER DENYING PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY** |

    Petitioner Dimitri Vallerveich Tatarinov, represented by counsel, filed a Consolidated Petition seeking habeas corpus relief under 28 U.S.C. § 2241 ("Petition"). The Petition was denied by order filed July 10, 2008. On August 5, 2008, Petitioner filed a Notice of Appeal and an Application for a Certificate of Appealability. A certificate of appealability is not required for appeals from denial of a petition under 28 U.S.C. § 2241. *See Forde v. Parole Com'n*, 114 F.3d 878 (9th Cir. 1997). Accordingly, Petitioner's Application for a Certificate of Appealability is denied as unnecessary.

    **IT IS SO ORDERED.**

DATED: August 6, 2008

                                            M. James Lorenz
                                            United States District Court Judge

1  COPY TO:

2  HON. NITA L. STORMES
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28