# AMENDED DOCKET FEE NOTIFICATION

| TO: | Clerk, U.S. Court of Appeals |
|---|---|
| FROM: | U.S. District Court, Southern District of California |
| DATE: | 08/12/08 |
| SUBJECT: | Amended Docket Fee Notification |

| ***AMENDED FEE INFORMATION*** | | | | | |
|---|---|---|---|---|---|
| **Case Title** | Tatarinov v. Superior Court of the State of California, County of San Diego | | | | |
| **USCA Case Number** | 08-56309 | | | | |
| **USDC Case Number** | 07cv2033 L (NLS) | | | | |
| **Paid:** | x, Receipt No. 153919 | **F/P:** | | **Date:** | 08/12/08 |
| **District Court Clerk By:** | Angela Rowland | | | | |

USCA9 NO: 08-56309

D.C. NO: 3:07-cv-02033-L-NLS

Short title: Dmitri Tatarinov v Superior Court of the State of, et al

FILED
2008 AUG 12 PM 12:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

        # 153919    - BH
        * * C O P Y * *
        August 12, 2008
            12:42:33

         Appeal Non-Pris
USAO #.: 07CV2033 APPEAL OF DIST. CASE
Judge..: M. JAMES LORENZ
Amount.:              $455.00 CC


Total-> $455.00


FROM: TATARINOV V. CA SUPERIOR CT.
      APPEAL OF DIST. CASE
      MC AUTH#739945
```

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: USCA No:    08-56309
    USDC No:    07cv2033 L (NLS)
    Tatarinov v. Superior Court of the State of California, County of San Diego

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | Description |   | Description |
|---|---|---|---|
|   | Copy of the Notice of Appeal |   | Docket Entries |
|   | Case Information/Docket Fee Payment Notification Form | | |
|   | Order for Time Schedule (Criminal) | | |
|   | Original Clerk's Record in ___ set(s) of ___ volume(s). | | |
|   | Reporter's transcript's transcripts in ___ set(s) of ___ volume(s). | | |
|   | Exhibits in ___ envelope(s) ___ box(es) ___ folders(s) | | |
|   | Judgement Order |   | F/P Order |
|   | CJA Form 20 |   | Minute Order |
|   | Certificate of Record |   | Mandate Return |
|   | Magistrate Judge's Report and Recommendation | | |
|   | COA Order | | |
| x | Amended docket fee notification form | | |
|   | Order Appointing Counsel for Appeal | | |
|   |  | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: A Rowland
Angela Rowland, **Deputy**

Date: 08/12/08