# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**FILED** AUG 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

AUG 21 2008

FILED _____
DOCKETED 8-21-8
DATE    INITIAL

To:    Clerk, U.S. Court of Appeals
       P.O. Box 193939
       San Francisco, CA 94119-3939

Re:    USCA No:  08-56309
       USDC No:  07cv2033-L-NLS
       **Tatarinov v. Superior Court of the State of California, et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | Copy of the Notice of Appeal |   | Docket Entries |
|---|---|---|---|
|   | Case Information/Docket Fee Payment Notification Form ||||
|   | Order for Time Schedule (Criminal) ||||
|   | Original Clerk's Record in | set(s) of | volume(s). |
|   | Reporter's transcript's transcripts in | set(s) of | volume(s). |
|   | Clerk's supplemental record in | set(s) of | volume(s). |
|   | Exhibits in | envelope(s) | box(es) | folders(s) |
|   | Judgement Order | OR | F/P Order |
|   | CJA Form 20 | OR | Minute Order |
| ✘ | Certificate of Record | OR | Mandate Return |
|   | Amended docket fee notification form ||||
|   | Order Appointing Counsel for Appeal ||||
|   |  ||||
| ✘ | Please acknowledge on the enclosed copy of this transmittal ||||

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: *A Rowland*
Angela Rowland, **Deputy**

Date: 08/15/08